IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | CRIMINAL NO. 5:09-CR-74(HL) |
| : | |
| DENISE TROWER and : | |
| GHANSHYAM PATEL : | |
| _____ : | |

# O R D E R

The Government's Motion for Continuance having been carefully considered, the Court finds that the ends of justice served by the granting of said motion outweigh the best interests of the public and the defendants to a speedy trial for the reason that failure to grant said motion would effectively dismiss the case against defendants.

IT IS HEREBY ORDERED that the foregoing Motion for Continuance be GRANTED and that the trial in this case be rescheduled to the next regularly scheduled Macon Division trial term which is presently scheduled for April 12, 2010 in Macon, Georgia.

IT IS FURTHER ORDERED that the delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of Title 18, United States Code, Section 3161(h)(8)(A) in computing the time from indictment to trial under the Speedy Trial Act.

SO ORDERED, this 13th day of January, 2010.

*s/ Hugh Lawson*
HUGH LAWSON

PRESENTED BY:

s/VERDA M. COLVIN
ASSISTANT UNITED STATES ATTORNEY
GEORGIA STATE BAR NO. 018901